932 A.2d 872

**Wilfredo ORTIZ, Petitioner,**

v.

**DEPT. OF CORRECTIONS Raymond J. Sobina, Superintendent, Shelley Thompson, Records Supervisor State Correctional Institution at Forest, Pennsylvania, Respondents.**

No. 103 EM 2007.

Supreme Court of Pennsylvania.

Aug. 31, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus and Application for an Immediate Hearing on the Pending Petition for Writ of Habeas Corpus are denied.

932 A.2d 872

**John GREEN, Petitioner,**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Clerk of Quarter Sessions, Respondent.**

No. 92 EM 2007.

Supreme Court of Pennsylvania.

Aug. 31, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Mandamus is denied.